## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Sebastian V.,                                        Civ. No. 26-584 (PAM/SGE)

               Petitioner,

v.                                                                          **ORDER**

Pamela Bondi, Attorney General; Kristi
Noem, Secretary, U.S. Department of
Homeland Security; Todd M. Lyons,
Acting Director of Immigration and
Customs Enforcement; and David
Easterwood, Acting Director, St. Paul
Field Office Immigration and Customs
Enforcement; and Sheriff Joel Brott
Sheriff of Sherburne County, physical
custodian of Sherburne County Jail,

               Respondents.

---

**IT IS HEREBY ORDERED that**:

1.  Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Sebastian V. by no later than January 28, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.  Respondents' answer should include:

    a.  Such affidavits and exhibits, including any documentation of any criminal history, as are needed to establish the lawfulness and correct

duration of Petitioner's detention in light of the issues raised in the habeas petition;

b.   A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

c.   Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d.   Respondents' view as to whether the habeas petition filed in this matter differs in any material respect from that filed in Abdirahmaan G. v. Noem, No. 26-CV-34 (PAM/SGE).

3.   If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than January 30, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.   To the extent that Petitioner seeks an order prohibiting his transfer or removal during his Petition's adjudication, that request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: January 23, 2026

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge